

THE SESSIONS FIRM
**SESSIONS**
**FISHMAN**
**NATHAN**
**& ISRAEL**
ATTORNEYS AT LAW

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 11 2018 ★

BROOKLYN OFFICE

AARON R. EASLEY
(908) 237-1660
aeasley@sessions.legal

October 4, 2018

Via U.S. Mail
Honorable Frederic Block
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  **Taubenfliegel, Elizabeth v. Capital Management Services, LP**
>       **Case No. 1:18-cv-02556-FB-SJB**
>       **Notice of CMS' Motion to Dismiss**

Dear Judge Block:

**SESSIONS, FISHMAN, NATHAN & ISRAEL** represents the defendant Capital Management Services, LP ("CMS") in the above-titled matter. In accordance with the individual motion practice and rules of the Court, enclosed please find a copy of the cover letter sent by undersigned to counsel for plaintiff enclosing copies of (1) CMS' motion to dismiss; and (2) CMS' memorandum of law in support of its motion to dismiss.

Please do not hesitate to contact me if you have any questions or concerns. Thank you.

Respectfully submitted,

*/s/ Aaron R. Easley*

3 Cross Creek Drive, Flemington, New Jersey 08822-4938
(908) 237-1660   (908) 237-1663 F   www.sessions-law.com

CALIFORNIA • COLORADO • FLORIDA • GEORGIA • ILLINOIS • LOUISIANA • NEW JERSEY • NEW YORK • OHIO • TEXAS